

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00333-CV

Eno Williams and Anthony Welch
v.
JP Morgan Chase Bank, N.A.

On Appeal from the
County Court at Law No. 5 of Fort Bend County, Texas
Trial Court Cause No. 20-CCV-066910

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

March 17, 2022